**WO**                                                                                     RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alan K. Morgal, | ) | No. CV 09-2508-PHX-MHM (MHB) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's "Motion for Leave to File Amended Petition" (Doc. #5). The Court will deny the Motion as moot.

## I.   Procedural Background

On December 2, 2009, Petitioner Alan K. Morgal, who is confined in the Arizona State Prison Complex-Tucson, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1) and an Application to Proceed *In Forma Pauperis* (Doc. #3). By Order filed February 25, 2010 (Doc. #4), the Court granted the Application to Proceed *In Forma Pauperis*; dismissed the Petition without prejudice, with leave to amend; and gave Petitioner 30 days from the filing date of the Order to file his amended petition with the Clerk of Court on the court-approved form included with the Order.

## II.   Motion for Leave to File Amended Petition

On February 26, 2010, Petitioner filed his "Motion for Leave to File Amended

**JDDL**

1 | Petition" (Doc. #5), in which Petitioner informs the Court that he "inadvertently" filed his
2 | Petition without the "final count (#13) 13." Petitioner seeks leave to "file the correct
3 | petition."

The Court will deny Petitioner's Motion as moot because the Court has, by Order filed February 25, 2010 (Doc. #4), dismissed the Petition (Doc. #1) with leave to file an amended petition.

**III. Warnings**

    **A. Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B. Copies**

Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. The Court may strike any filing that fails to comply with these requirements.

    **C. Possible Dismissal**

Petitioner is warned that failure to timely comply with every provision of this Order, including these warnings, and the Court's February 25, 2010 Order (Doc. #4), may result in dismissal of this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Petitioner's "Motion for Leave to File Amended Petition" (Doc. #5) is **denied as moot**.

//
//
//
//

(2) **If** Petitioner fails to file an amended petition within 30 days from the filing date of the Court's February 25, 2010 Order (Doc. #4), the Clerk of Court **must enter**, without further notice to Petitioner, a judgment of dismissal of this action without prejudice.

DATED this 5th day of April, 2010.

_____
Mary H. Murguia
United States District Judge