**WO**                                                                                                                          RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan K. Morgal, | No. CV 09-2508-PHX-MHM (MHB) |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's "Motion to Extend Time to File Amended Petition" (Doc. #6). The Court will grant the Motion and give Petitioner 45 days from the filing date of this Order to file an amended petition for writ of habeas corpus.

**I.     Procedural Background**

On December 2, 2009, Petitioner Alan K. Morgal, who is confined in the Arizona State Prison Complex-Tucson, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1) and an Application to Proceed *In Forma Pauperis* (Doc. #3). By Order filed February 25, 2010 (Doc. #4), the Court granted the Application to Proceed *In Forma Pauperis*; dismissed the Petition without prejudice, with leave to amend; and gave Petitioner 30 days from the filing date of the Order to file his amended petition with the Clerk of Court on the court-approved form included with the Order.

On February 26, 2010, Petitioner filed a "Motion for Leave to File Amended Petition"

**JDDL**

(Doc. #5), in which Petitioner informed the Court that he "inadvertently" filed his Petition without the "final count (#13) 13." Petitioner sought leave to "file the correct petition." By Order filed April 7, 2010 (Doc. #7), the Court denied Petitioner's Motion as moot because the Court had, by Order filed February 25, 2010 (Doc. #4), dismissed the Petition (Doc. #1) with leave to file an amended petition.

**II.     Motion to Extend Time to File Amended Petition**

To date, Petitioner has not filed an amended petition. However, on March 22, 2010, Petitioner filed a "Motion to Extend Time to File Amended Petition" (Doc. #6), in which Petitioner requests an additional 45 days to file his amended petition. In support of his request, Petitioner asserts that he is very limited in his legal access and that his facility has been under frequent lock-down.

For good cause shown, the Court will grant Petitioner's Motion and give Petitioner 45 days from the filing date of this Order to file an amended petition on a court-approved form. **No further extensions of time will be granted**.

**III.    Warnings**

**A.     Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. The Court may strike any filing that fails to comply with these requirements.

**C.     Possible Dismissal**

Petitioner is warned that failure to timely comply with every provision of this Order, including these warnings, and the Court's February 25, 2010 Order (Doc. #4), may result in dismissal of this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order

1 | of the Court).

2 | **IT IS ORDERED:**

3 | (1) Petitioner's "Motion to Extend Time to File Amended Petition" (Doc. #6) is **granted**. Petitioner has **45 days** from the filing date of this Order to file an amended petition on a court-approved form.

(2) **If** Petitioner fails to file an amended petition within 45 days from the filing date of this Order, the Clerk of Court **must enter**, without further notice to Petitioner, a judgment of dismissal of this action without prejudice.

DATED this 16th day of April, 2010.

*/s/ Mary H. Murguia*
Mary H. Murguia
United States District Judge